USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

LA DOLCE VITA FINE DINING
COMPANY LIMITED and LA DOLCE
VITA FINE DINING GROUP HOLDINGS
LIMITED,

                            Petitioners,

        -against-

ZHANG LAN, ET AL.,

                            Respondents.

--------------------------------------------------------------- x

1:19-mc-00536 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 18, 2019, this Court granted Petitioners request to file certain documents under seal pursuant to Fed. R. Civ. P. 5.2(d). ECF No. 2. As per the terms of the sealing order, these documents were to "be filed and kept under seal until such time as Petitioners have filed an affidavit of service confirming that the service of an order of attachment on Christie's New York has been effected . . ." ECF No. 2 at 2. On November 26, 2019, Petitioners filed said affidavit of service. ECF No. 3. Accordingly, it is hereby **ORDERED** that this case be unsealed.

**SO ORDERED.**

Dated:   December 2, 2019
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**