UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LA DOLCE VITA FINE DINING COMPANY
LIMITED and LA DOLCE VITA FINE DINING
GROUP HOLDINGS LIMITED,

Petitioners,

- against -

ZHANG LAN, GRAND LAN HOLDINGS GROUP
(BVI) LIMITED, and QIAO JIANG LAN
DEVELOPMENT LIMITED f/k/a SOUTH BEAUTY
DEVELOPMENT LIMITED,

Respondents.

Case No. 19 Misc. 536 (ALC)

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK   )

DEBORAH WILSON, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.  On November 27, 2019, deponent served the papers filed in support of Petitioners' Motion to Confirm the Order of Attachment in this action ("Motion to Confirm") upon Respondents Zhang Lan, Grand Lan Holdings Group (BVI) Limited, and Qiao Jiang Lan Development Limited f/k/a South Beauty Development Limited through each of their following attorneys:

Deacons Hong Kong
5th Floor, Alexandra House
18 Chater Road
Central, Hong Kong SAR
Attention: Paul Kwan
Tracking #: 777102526628

Duan & Duan Law Firm
Room 1007, Zone A
Chaowai SOHO, 6B, Chaowai Street
Chaoyang District, Beijing China 100020
Attention: Chen Ruojian
Tracking #: 777100220423

Huen & Partners Solicitors
12th Floor, 9 Des Voeux Road West
Central, Hong Kong SAR
Attention: Kenneth Huen Ho Yin
Tracking #: 777100275740

Gall Solicitors
3rd Floor, Dina House, Ruttonjee Centre,
11 Duddell Street
Central, Hong Kong SAR
Attention: Christopher Wong
Tracking #: 777100366439

East & Concord Partners
20/F Landmark Building Tower 1
8 Dongsanhuan Beilu
Chaoyang District, Beijing 100004, PRC
Attention: Ji Chaoyi
Tracking #: 777102462130

Service was effected by delivering a copy of the papers filed in support of the Motion to Confirm enclosed in a properly addressed pre-paid Federal Express box for priority overnight delivery to an official courier under the exclusive care and custody of the Federal Express messenger service. On December 2, 2019, I confirmed, via Federal Express Tracking, that delivery was made to each of the above five law firms on or before December 2, as shown in the Federal Express Tracking reports annexed to this affidavit.

_____
DEBORAH WILSON

Sworn to before me this
3rd day of December 2019

_____
Notary Public

EUGENE V. KOKOT
NOTARY PUBLIC, State of New York
No. 4929030
Qualified in Westchester County
Commission Expires 7/4/22

2





777102526628 ✎

# Delivered
## Saturday 11/30/2019 at 10:21 am



**DELIVERED**

Signed for by: S.MS LEUNG

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | CENTRAL, HONG KONG HK |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>777102526628 | **SERVICE**<br>FedEx International Priority | **WEIGHT**<br>9.5 lbs / 4.31 kgs |
| **DIMENSIONS**<br>12x9x5 in. | **DELIVERED TO**<br>Mailroom | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>9.5 lbs / 4.31 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>32092.002 |
| **PACKAGING**<br>FedEx Medium Box | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **STANDARD TRANSIT**<br>⑦<br>11/30/2019 by 12:00 pm |
| **SHIP DATE**<br>⑦<br>Wed 11/27/2019 | **ACTUAL DELIVERY**<br>Sat 11/30/2019 10:21 am | |

## Travel History

Local Scan Time  ⌄

**Saturday , 11/30/2019**

| | | |
|---|---|---|
| 10:21 am | CENTRAL, HONG KONG HK | Delivered |
| 9:52 am | CHAIWAN HK | On FedEx vehicle for delivery |
| 9:10 am | CHAIWAN HK | At local FedEx facility |

| 9:10 am | CHAIWAN HK | International shipment release - Import |
| 12:19 am | LANTAU ISLAND HK | In transit |
| | | Package available for clearance |
| 12:19 am | LANTAU ISLAND HK | International shipment release - Import |

**Friday , 11/29/2019**

| 5:21 pm | CHEK LAP KOK HK | At destination sort facility |

**Thursday , 11/28/2019**

| 4:52 am | MEMPHIS, TN | Departed FedEx location |
| 1:18 am | MEMPHIS, TN | In transit |

**Wednesday , 11/27/2019**

| 11:25 pm | MEMPHIS, TN | Arrived at FedEx location |
| 9:44 pm | NEWARK, NJ | Departed FedEx location |
| 8:46 pm | NEWARK, NJ | Arrived at FedEx location |
| 8:09 pm | NEW YORK, NY | Left FedEx origin facility |
| 5:07 pm | NEW YORK, NY | Picked up |
| 4:23 pm | NEW YORK, NY | Picked up |
| | | Tendered at FedEx Office |
| 2:12 pm | | Shipment information sent to FedEx |



777100220423 ✏️

# Delivered
## Monday 12/02/2019 at 11:19 am



**DELIVERED**

Signed for by: G.YAN

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| NEW YORK, NY US | BEIJING CN |

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 777100220423 | FedEx International Priority | 9.5 lbs / 4.31 kgs |

| **DIMENSIONS** | **DELIVERED TO** | **TOTAL PIECES** |
|---|---|---|
| 12x9x5 in. | Receptionist/Front Desk | 1 |

| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
|---|---|---|
| 9.5 lbs / 4.31 kgs | Shipper | 32092.002 |

| **PACKAGING** | **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** |
|---|---|---|
| FedEx Box | Deliver Weekday | 12/02/2019 by 6:00 pm |

| **SHIP DATE** | **ACTUAL DELIVERY** | |
|---|---|---|
| Wed 11/27/2019 | Mon 12/02/2019 11:19 am | |

## Travel History

Local Scan Time ⌄

**Monday , 12/02/2019**

| 11:19 am | BEIJING CN | Delivered |
|---|---|---|
| 10:26 am | BEIJING CN | On FedEx vehicle for delivery |
| 9:11 am | BEIJING CN | At local FedEx facility |

| Sunday , 12/01/2019 | | |
|---|---|---|
| 6:32 pm | BEIJING CN | International shipment release - Import |

| Friday , 11/29/2019 | | |
|---|---|---|
| 7:03 pm | BEIJING CN | In transit |
| | | Package available for clearance |
| 4:15 pm | BEIJING CN | At destination sort facility |

| Thursday , 11/28/2019 | | |
|---|---|---|
| 9:58 am | ANCHORAGE, AK | Departed FedEx location |
| 7:24 am | ANCHORAGE, AK | Arrived at FedEx location |
| 5:26 am | ANCHORAGE, AK | In transit |
| 4:55 am | INDIANAPOLIS, IN | Departed FedEx location |
| 3:17 am | INDIANAPOLIS, IN | In transit |
| 1:37 am | INDIANAPOLIS, IN | Arrived at FedEx location |

| Wednesday , 11/27/2019 | | |
|---|---|---|
| 11:35 pm | NEWARK, NJ | Departed FedEx location |
| 8:01 pm | NEWARK, NJ | Arrived at FedEx location |
| 7:27 pm | NEW YORK, NY | Left FedEx origin facility |
| 5:02 pm | NEW YORK, NY | Picked up |
| 4:23 pm | NEW YORK, NY | Picked up |
| | | Tendered at FedEx Office |
| 12:02 pm | | Shipment information sent to FedEx |



777100275740 ✏️

 

# Delivered
## Monday 12/02/2019 at 10:05 am



**DELIVERED**

Signed for by: S.CHENG

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | CENTRAL, HONG KONG HK |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>777100275740 | **SERVICE**<br>FedEx International Priority | **WEIGHT**<br>10 lbs / 4.54 kgs |
| **DIMENSIONS**<br>12x10x5 in. | **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>10 lbs / 4.54 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>32092.002 |
| **PACKAGING**<br>FedEx Medium Box | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **STANDARD TRANSIT**<br>⑦<br>12/02/2019 by 12:00 pm |
| **SHIP DATE**<br>⑦<br>Wed 11/27/2019 | **ACTUAL DELIVERY**<br>Mon 12/02/2019 10:05 am | |

## Travel History

Local Scan Time ⌄

**Monday , 12/02/2019**

| 10:05 am | CENTRAL, HONG KONG HK | Delivered |
| 7:54 am | CHAIWAN HK | On FedEx vehicle for delivery |

**Saturday , 11/30/2019**

| 10:51 am | CHAIWAN HK | Delivery exception |
| | | Business closed - No delivery attempt |
| 10:51 am | CHAIWAN HK | At local FedEx facility |
| 9:07 am | CHAIWAN HK | International shipment release - Import |
| 9:07 am | CHAIWAN HK | At local FedEx facility |
| 5:55 am | LANTAU ISLAND HK | International shipment release - Import |
| 5:55 am | CHEK LAP KOK HK | International shipment release - Import |

**Friday , 11/29/2019**

| 11:43 pm | LANTAU ISLAND HK | In transit |
| | | Package available for clearance |
| 5:21 pm | CHEK LAP KOK HK | At destination sort facility |

**Thursday , 11/28/2019**

| 4:52 am | MEMPHIS, TN | Departed FedEx location |
| 1:27 am | MEMPHIS, TN | In transit |

**Wednesday , 11/27/2019**

| 11:25 pm | MEMPHIS, TN | Arrived at FedEx location |
| 9:44 pm | NEWARK, NJ | Departed FedEx location |
| 8:01 pm | NEWARK, NJ | Arrived at FedEx location |
| 7:27 pm | NEW YORK, NY | Left FedEx origin facility |
| 5:07 pm | NEW YORK, NY | Picked up |
| 4:23 pm | NEW YORK, NY | Picked up |
| | | Tendered at FedEx Office |
| 12:05 pm | | Shipment information sent to FedEx |



777100366439 ✎

# Delivered
## Monday 12/02/2019 at 10:44 am



**DELIVERED**

Signed for by: S.LUA

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | CENTRAL, HONG KONG HK |

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 777100366439 | FedEx International Priority | 9.6 lbs / 4.35 kgs |
| **DIMENSIONS** | **DELIVERED TO** | **TOTAL PIECES** |
| 12x9x5 in. | Receptionist/Front Desk | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 9.6 lbs / 4.35 kgs | Shipper | 32092.002 |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** |
| FedEx Medium Box | Deliver Weekday | 12/02/2019 by 12:00 pm |
| **SHIP DATE** | **ACTUAL DELIVERY** | |
| Wed 11/27/2019 | Mon 12/02/2019 10:44 am | |

## Travel History

Local Scan Time ⌄

**Monday , 12/02/2019**

| 10:44 am | CENTRAL, HONG KONG HK | Delivered |
| 9:04 am | CHAIWAN HK | On FedEx vehicle for delivery |

**Saturday , 11/30/2019**

| 10:51 am | CHAIWAN HK | Delivery exception |
| | | Business closed - No delivery attempt |
| 10:51 am | CHAIWAN HK | At local FedEx facility |
| 8:42 am | CHAIWAN HK | At local FedEx facility |
| 8:42 am | CHAIWAN HK | International shipment release - Import |

**Friday , 11/29/2019**

| 11:42 pm | LANTAU ISLAND HK | International shipment release - Import |
| 11:42 pm | LANTAU ISLAND HK | In transit |
| | | Package available for clearance |
| 5:21 pm | CHEK LAP KOK HK | At destination sort facility |

**Thursday , 11/28/2019**

| 4:52 am | MEMPHIS, TN | Departed FedEx location |
| 1:29 am | MEMPHIS, TN | In transit |

**Wednesday , 11/27/2019**

| 11:25 pm | MEMPHIS, TN | Arrived at FedEx location |
| 9:44 pm | NEWARK, NJ | Departed FedEx location |
| 8:01 pm | NEWARK, NJ | Arrived at FedEx location |
| 7:27 pm | NEW YORK, NY | Left FedEx origin facility |
| 5:08 pm | NEW YORK, NY | Picked up |
| 4:23 pm | NEW YORK, NY | Picked up |
| | | Tendered at FedEx Office |
| 12:10 pm | | Shipment information sent to FedEx |

| 10:51 am | CHAIWAN HK | Delivery exception |
| | | Business closed - No delivery attempt |



777102462130 ✏️

# Delivered
## Monday 12/02/2019 at 11:34 am



**DELIVERED**

Signed for by: I.I

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | BEIJING CN |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>777102462130 | **SERVICE**<br>FedEx International Priority | **WEIGHT**<br>9.4 lbs / 4.26 kgs |
| **DIMENSIONS**<br>12x9x5 in. | **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>9.4 lbs / 4.26 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>32092.002 |
| **PACKAGING**<br>FedEx Box | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **STANDARD TRANSIT**<br>⑦<br>12/02/2019 by 6:00 pm |
| **SHIP DATE**<br>⑦<br>Wed 11/27/2019 | **ACTUAL DELIVERY**<br>Mon 12/02/2019 11:34 am | |

## Travel History

Local Scan Time ⌄

**Monday , 12/02/2019**

| | | |
|---|---|---|
| 11:34 am | BEIJING CN | Delivered |
| 11:32 am | BEIJING CN | Delivered |
| 10:25 am | BEIJING CN | On FedEx vehicle for delivery |

| 9:05 am | BEIJING CN | At local FedEx facility |
|---|---|---|
| **Saturday , 11/30/2019** | | |
| 11:11 am | BEIJING CN | At local FedEx facility |
| 11:10 am | BEIJING CN | At local FedEx facility |
| | | Package not due for delivery |
| 10:42 am | BEIJING CN | At local FedEx facility |
| **Friday , 11/29/2019** | | |
| 7:05 pm | BEIJING CN | In transit |
| | | Package available for clearance |
| 7:05 pm | BEIJING CN | International shipment release - Import |
| 4:15 pm | BEIJING CN | At destination sort facility |
| **Thursday , 11/28/2019** | | |
| 9:58 am | ANCHORAGE, AK | Departed FedEx location |
| 7:24 am | ANCHORAGE, AK | Arrived at FedEx location |
| 5:26 am | ANCHORAGE, AK | In transit |
| 4:55 am | INDIANAPOLIS, IN | Departed FedEx location |
| 2:54 am | INDIANAPOLIS, IN | In transit |
| 1:37 am | INDIANAPOLIS, IN | Arrived at FedEx location |
| **Wednesday , 11/27/2019** | | |
| 11:35 pm | NEWARK, NJ | Departed FedEx location |
| 8:01 pm | NEWARK, NJ | Arrived at FedEx location |
| 7:27 pm | NEW YORK, NY | Left FedEx origin facility |
| 5:07 pm | NEW YORK, NY | Picked up |
| 4:23 pm | NEW YORK, NY | Picked up |
| | | Tendered at FedEx Office |
| 2:08 pm | | Shipment information sent to FedEx |