USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
LA DOLCE VITA FINE DINING COMPANY :
LIMITED and LA DOLCE VITA FINE DINING :
GROUP HOLDINGS LIMITED, :
: 1:19-mc-00536 (ALC)
:
Petitioner, : ORDER
:
-against- :
:
ZHANG LAN, ET AL., :
:
:
Respondents. :
x
------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Respondents' letter dated, February 7, 2020, requesting an adjournment. *See* ECF No. 39. Respondents' request is hereby **GRANTED**. The pre-motion conference currently scheduled for February 19, 2020 at 11:00 a.m. is **ADJOURNED** until **February 25, 2020 at 11:00 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Dated: February 10, 2020
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**