| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __4/7/2021__ |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LA DOLCE VITA FINE DINING COMPANY          :
LIMITED, ET AL.,                           :
                                           :
                         Plaintiffs,       :   1:19-mc-00536-ALC
                                           :
              -against-                    :   ORDER
                                           :
                                           :
ZHANG LAN, ET AL.,                         :
                                           :
                         Defendants.       :
------------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

    On April 5, 2021, Plaintiff filed a motion to confirm arbitration award in the above-captioned miscellaneous action. ECF Nos. 76-80. However, a motion to confirm arbitration award does not fit into any of the miscellaneous categories. Accordingly, Plaintiff is hereby ORDERED to open a civil matter, pay the requisite filing fee, and file the motion in that civil matter. The Clerk of Court is respectfully directed to strike the documents at ECF Nos. 76-80, but retain the docket text for the record.

**SO ORDERED.**

**Dated:    April 7, 2021**
            **New York, New York**

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**