```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 16, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LA DOLCE VITA FINE DINING COMPANY and LA DOLCE VITA FINE DINING GROUP HOLDINGS LTD.,**

                              **Petitioners,**

        -against-

**ZHANG LAN ET AL.,**

                              **Respondents.**

---

**19-mc-00536-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties should submit a joint report on the status of discovery no later than **July 1, 2021**.

**SO ORDERED.**

Dated: June 16, 2021
       New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                               **United States District Judge**