| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- x<br>-La Dolce Vita Fine Dining Company Ltd., et al.,<br>                                  Plaintiffs,<br>               -against-<br>Zhang Lan, et al.<br>                                Defendants.<br>-------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 9, 2021<br><br><br><br><u>ORDER</u><br><br>1:19-MC-536-ALC |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' pre-motion conference letters in connection with Petitioner's (1) anticipated request to file a second amended petition and (2) anticipated motion to confirm the attachment order. ECF Nos. 87-89, 91. Upon review of the submissions, Petitioner's request for a pre-motion conference regarding the second amended petition is **DENIED**. Petitioner's request for leave to file the motion to amend the petition is hereby **GRANTED**. Petitioner should file a comparison document displaying the proposed amendments along with its initial motion. The parties are directed to propose a briefing schedule to the Court by no later than **July 14, 2021**. The Court will hold consideration of Petitioner's requests regarding the confirmation motion until the motion to amend is decided.

**SO ORDERED.**

**Dated:** July 9, 2021
**New York, New York**

                                                          _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**