UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

LA DOLCE VITA FINE DINING CO. LTD. et al.,

               Petitioners,

         -against-

ZHANG LAN, et al.

               Defendants.

------------------------------------------------------- x

23-cv-6273 (ALC)

19-mc-00536 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on **October 29, 2024 at 1:15 p.m. Eastern Time**. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:    October 11, 2024
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            United States District Judge