UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
LA DOLCE VITA FINE DINING  :
COMPANY LIMITED,  :
  :
                Petitioner,  :    1:23-cv-06273 (ALC)
  :
       -against-  :    1:19-mc-00536 (ALC)
  :
ZHANG LAN & APEX LEAD  :  **ORDER**
INVESTMENT HOLDINGS LIMITED,  :
  :
                Respondents.  :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The telephone status conference scheduled for October 29, 2024, at 1:15PM is **ADJOURNED** to **October 29, 2024, at 2:00PM**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:  October 28, 2024**
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**