UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

**LA DOLCE VITA FINE DINING COMPANY LIMITED,**

                              Petitioner,             1:23-cv-06273 (ALC)

                -against-                     1:19-mc-00536 (ALC)

**ZHANG LAN & APEX LEAD INVESTMENT HOLDINGS LIMITED,**       <u>ORDER</u>

                            Respondents.

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       This Court will conduct a telephone status conference in this action on **November 8, 2024, at 1:30PM**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   October 29, 2024
           New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**