**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------- x
LA DOLCE VITA FINE DINING                            :
COMPANY LIMITED,                                     :
                                                     :
                         Petitioner,                 :    1:23-cv-06273 (ALC)
                                                     :
              -against-                              :    1:19-mc-00536 (ALC)
                                                     :
ZHANG LAN & APEX LEAD                                :    ORDER
INVESTMENT HOLDINGS LIMITED,                         :
                                                     :
                         Respondents.                :
----------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone status conference scheduled for today, **November 8, 2024, at 1:30PM** is **ADJOURNED** to **November 13, 2024, at 2:00P.M**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   November 8, 2024
         New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**