UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LA DOLCE VITA FINE DINING
COMPANY LIMITED,

       Petitioner,     1:23-cv-06273 (ALC)

   -against-        1:19-mc-00536 (ALC)

ZHANG LAN & APEX LEAD    <u>ORDER</u>
INVESTMENT HOLDINGS LIMITED,

       Respondents.
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties should submit a joint status report by December 3, 2024, providing details on how the parties would like to proceed with both actions and reach a finding on ownership. Parties should address whether their positions have changed on the motion to amend in the attachment confirmation proceeding (ECF No. 95).

**SO ORDERED.**

Dated:  November 15, 2024
     New York, New York

                  */s/ Andrew L. Carter, Jr.*
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**